**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 14-7542**

───────────

WILLIAM T. WATTS, II,

                    Plaintiff - Appellant,

        v.

UNITED STATES; FBI; UNKNOWN FBI AGENTS,

                    Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Timothy M. Cain, District Judge.
(8:14-cv-02659-TMC-JDA)

───────────

Submitted:  January 15, 2015          Decided:  January 21, 2015

───────────

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

William T. Watts, II, Appellant Pro Se.  Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William T. Watts, II, seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing some but not all of his claims in an action filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and the Freedom of Information Act, 5 U.S.C. §§ 551-52 (2012). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Watts seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2